UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-10734-NMG

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br><br>v.<br><br>$16,037.90 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15, 2014, FROM BANK OF AMERICA ACCOUNT, #XXXXXXXX4100 HELD IN NAME OF DBA NEW FAMILY 88 SUPERMARKET; $53,791.09 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15. 2014, FROM TD BANK ACCOUNT #XXXXXX6574 HELD IN NAME OF NEW FAMILY 88 SUPERMARKET; AND $5,700 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15, 2014, FROM NEW FAMILY 88 SUPERMARKET. 877-883 MAIN STREET, WORCESTER, MASSACHUSETTS.<br>　　　　　　　　　Defendants<br><br>LIANGDONG LU,<br>　　　　　　　　　Claimant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW APPEARANCE**

Now comes Russell L. Chin, attorney for the above captioned Defendants and Claimant, and moves that this Honorable Court allow him to withdraw his appearance as counsel for all of the Defendants and Claimant. As grounds therefor, reference is made to the Affidavit of Russell L. Chin, Esq. filed herewith.

*Motion allowed. /s/ NMGorton, USDJ 10/18/16*