UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br><br>v.<br><br>$16,037.90 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15, 2014, FROM BANK OF AMERICA ACCOUNT, # XXXXXXXX4100 HELD IN NAME OF DBA NEW FAMILY 88 SUPERMARKET; $53,791.09 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15, 2014, FROM TD BANK ACCOUNT #XXXXXX6574 HELD IN NAME OF NEW FAMILY 88 SUPERMARKET; AND $5,700 IN UNITED STATES CURRENCY SEIZED ON OCTOBER 15, 2014, FROM NEW FAMILY 88 SUPERMARKET, 877-883 MAIN STREET, WORCESTER, MASSACHUSETTS,<br>  Defendants. | Civil Action No. 15-10734-NMG |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**GORTON, D.J.**

This Court, having allowed plaintiff's Request for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the following *in rem* defendant properties:

(a) $16,037.90 in United States currency, seized on October 15, 2014, from Bank of America account #XXXXXXXX4100 held in name of DBA New Family 88 Supermarket;

(b) $53,791.09 in United States currency, seized on October 15, 2014, from TD Bank account #XXXXXX6574 held in name of New Family 88 Supermarket; and

(c) $5,700 in United States currency, seized on October 15, 2014, from New Family 88 Supermarket, 877-883 Main Street, Worcester, Massachusetts

(collectively, the "Subject Accounts"), are hereby forfeited to the United States of America pursuant to 7 U.S.C. § 2024(e), 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), and 28 U.S.C. § 2461(c);

3. That any claims of interest of Liangdong Lu and any other parties claiming any right, title, or interest in or to the Subject Accounts, are hereby held in default and dismissed, having been defaulted on January 8, 2020;

4. That the Internal Revenue Service shall retain the Subject Accounts in its secure custody and control, and shall dispose of them in accordance with United States Department of Justice policies regarding the disposition of forfeited property; and

5. That this Court shall retain jurisdiction in this case and this Order shall be, and hereby is, the full and final disposition of the above-described Subject Accounts in this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
NATHANIEL M. GORTON
United States District Judge

Date: 2/14/20